05-15-00364-CV

FILED
DALLAS COUNTY
3/11/2015 1:26:05 PM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. DC-1407493

| | | |
|---|---|---|
| **ABBIE GAIL BYRD** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **JNH FOOD, LLC d/b/a PIZZA HUT;** | § | |
| **Defendants.** | § | **95TH JUDICIAL DISTRICT COURT** |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/25/2015 11:30:17 AM
LISA MATZ
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by ABBIE GAIL BYRD, Plaintiff/Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. ABBIE GAIL BYRD appeals to the Fifth District Court of Appeals.

3. The judgment or order appealed from was signed on Wednesday, November 12, 2014 in Cause No. DC-14-07493.

4. This case was severed from Cause No. DC-14-07439 on February 21, 2015.

5. ABBIE GAIL BYRD desires to appeal from the summary judgment ruling in favor of JNH FOOD, LLC. More specifically, ABBIE GAIL BYRD desires to appeal the trial court's ruling regarding the controlling question of law as to which there is a substantial ground for difference of opinion in that whether the injury to Plaintiff occurred within the scope and/or course of her employment. There is a substantial ground for difference of opinion based on the facts of this case and the determination of this question of law will determine whether Plaintiff has a cause of action against Defendant, JNH FOOD, LLC, or if Plaintiff is barred by Worker's Compensation from bringing this suit.

Respectfully submitted,

Nag & Scalise
1030 N. Davis Dr., Arlington TX 76012
T: (817) 900-2823 | F: (817) 585-4781

By: _____*Jayson Nag*_____

Jayson Nag
Attorney for Petitioner, ABBIE GAIL BYRD
State Bar No.: 24075545
Email: jayson@arlingtontexaslegal.com

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with the Texas Rules of Civil Procedure on March 11, 2015.

_____*Jayson Nag*_____

Jayson Nag
Attorney for Petitioner, ABBIE GAIL BYRD

Timothy U. Stanford
Downs & Stanford, P.C.
2001 Bryan Street, Suite 4000
Dallas, Texas 75201